IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| OCTAVIOUS WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00085-TES-CHW |
| | * |
| WARDEN, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 17, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 18th day of March, 2022.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk